IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. MATSKO, III and<br>TERESA A. MATSKO,<br>        Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA and<br>RUDY KOTOR,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action 05-264 J<br>)<br>)<br>) |

## **ERRATA**

The memorandum opinion entered September 18, 2007, is changed as follows:

All references to "jury" shall be changed to "fact finder."

By the court,

/s/ JOY FLOWERS CONTI<br>Joy Flowers Conti<br>United States District Judge

Dated: September 18, 2007

cc: counsel of record.